UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 4:19CR00219-03 BRW |
| | ) | Case No. 4:21CR00215 LPR |
| CHRISTOPHER DAVID HIGGINS | ) | |

## MOTION TO CONSOLIDATE CASES

The United States of America, by Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Assistant U.S. Attorney Benecia B. Moore, for its motion to consolidate the above-captioned cases before one District Court Judge, states:

1. On May 8, 2019, Christopher David Higgins and two others were indicted in Case No. 4:19CR00219 BRW. Higgins is charged with conspiracy to possess with intent to distribute and to distribute methamphetamine and distribution of methamphetamine.

2. On September 2, 2021, while on pretrial release in Case No. 4:19CR00219 BRW, the defendant was indicted in Case No. 4:21CR00215 LPR and charged with possession of a firearm by a felon, possession with intent to distribute marijuana, and possession of a firearm in furtherance of a drug-trafficking crime.

3. For purposes of judicial economy, the United States requests that both cases be consolidated before one District Court Judge for plea and sentencing.

4. Undersigned counsel consulted with counsel for the defendant, Erin Cassinelli, and she has no objection to this motion.

WHEREFORE, the United States prays that the above-captioned cases be consolidated before the same District Court Judge.

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney

BENECIA B. MOORE
Bar No. 2006050
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2614
benecia.moore@usdoj.gov

2