# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

United States of America                                                                 Plaintiff

v.                              Case No.: 4:19–cr–00219–BRW

Christopher David Higgins                                                                Defendant

---

## NOTICE OF HEARING

    PLEASE take notice that a Change of Plea Hearing has been set in this case for March 16, 2022, at 02:30 PM before Judge Billy Roy Wilson in Little Rock Courtroom # 2A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.


**DATE:** January 7, 2022                         AT THE DIRECTION OF THE COURT
                                                                           TAMMY H. DOWNS, CLERK


                                                                           **By:** Melanie M. Beard, Deputy Clerk



Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas