**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                                  **Case No. 4:19-cr-00219-3-BRW**

**CHRISTOPHER DAVID HIGGINS**

## ORDER

Defendant seeks temporary release from custody for the purpose of attending a medical appointment.   (Doc. No. 97.)   Pursuant to 18 U.S.C. § 3142(i), I find the appointment qualifies as a compelling reason for temporary release.    Accordingly, Defendant's Motion is GRANTED.

IT IS, THEREFORE, ORDERED that:

1.      Defendant be temporarily released from custody on Friday, February 11, 2022, no earlier than 11:30 a.m., for the sole purpose of attending a 3:00 p.m. appointment at the UAMS Internal Medicine Clinic in Little Rock, Arkansas.

2.      Defendant's family is to provide Defendant with transportation to and from the appointment.

3.      Defendant is to return to his current place of custody no later than 7:00 p.m. sharp on Friday, February 11, 2022.

SO ORDERED this 10th day of February 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE