**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                    **Case Nos. 4:19-cr-00219-3-BRW
                                                              4:21-cr-00215-1-BRW**

**CHRISTOPHER DAVID HIGGINS**

## <u>ORDER</u>

Defendant seeks temporary release from custody for the purpose of attending a medical appointment.   (Case No. 4:19-cr-00219-3-BRW, Doc. No. 103; Case No. 4:21-cr-00215-1-BRW, Doc. No. 27.)   Pursuant to 18 U.S.C. § 3142(i), I find the appointment qualifies as a compelling reason for temporary release.   Accordingly, Defendant's Motion is GRANTED.

IT IS, THEREFORE, ORDERED that:

1.      Defendant be temporarily released from custody on Thursday, February 24, 2022, no earlier than 9:00 a.m., for the sole purpose of attending a 2:15 p.m. appointment at the UAMS Surgery Clinic in Little Rock, Arkansas.

2.      Defendant's family is to provide Defendant with transportation to and from the appointment.

3.      Defendant is to return to his current place of custody no later than 8:30 p.m. sharp on Thursday, February 24, 2022.

SO ORDERED this 22nd day of February 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE