## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

United States of America                                                                 Plaintiff

v.                             Case No.: 4:19–cr–00219–BRW

Christopher David Higgins                                                                Defendant

---

## NOTICE OF HEARING

    PLEASE take notice that a Sentencing has been set in this case for July 6, 2022, at 02:00 PM before Judge Billy Roy Wilson in Little Rock Courtroom # 4B in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

| | |
|---|---|
| **DATE:** March 16, 2022 | AT THE DIRECTION OF THE COURT<br>TAMMY H. DOWNS, CLERK |
| | **By:** Melanie M. Beard, Deputy Clerk |

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas