**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

UNITED STATES OF AMERICA                                            PLAINTIFF

VS.        **Case Nos. 4:19-cr-00219-3-BRW and 4:21-CR-00215-01-BRW**

CHRISTOPHER DAVID HIGGINS                                          DEFENDANT

## ORDER

Defendant seeks temporary release from custody for the purpose of attending a medical appointment. (Case No. 4:19-cr-00219-3-BRW, Doc. No. 115; Case No. 4:21-cr-00215-1-BRW, Doc. No. 40.)  Pursuant to 18 U.S.C. § 3142(i), I find the appointment qualifies as a compelling reason for temporary release. Accordingly, Defendant's Motion is GRANTED.

IT IS, THEREFORE, ORDERED that:

1.        Defendant be temporarily released from custody on Tuesday, May 3, 2022, no earlier than 5:30 a.m., for the sole purpose of attending a 8:30 a.m. appointment at the UAMS Surgery Clinic in Little Rock, Arkansas.

2.        Defendant's family is to provide Defendant with transportation to and from the appointment.

3.        Defendant is to return to his current place of custody no later than 4:00 p.m. sharp on Tuesday, May 3, 2022.

IT IS SO ORDERED this 27th day of April, 2022.

_____
BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE

-1-