UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| United States of America | Plaintiff |
| v.   Case No.: 4:19–cr–00219–BRW | |
| Christopher David Higgins | Defendant |

## NOTICE OF HEARING

PLEASE take notice that a Sentencing has been set in this case for January 19, 2023, at 10:00 AM before Judge Billy Roy Wilson in Little Rock Courtroom # 4B in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** June 23, 2022

AT THE DIRECTION OF THE COURT
TAMMY H. DOWNS, CLERK

By:  Melanie M. Beard, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas