# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NOS.: 4:19-CR-00219-3-BRW |
| | ) | 4:21-CR-00215-1-BRW |
| CHRISTOPHER DAVID HIGGINS | ) | |

## MOTION TO MODIFY ORDER GRANTING TEMPORARY RELEASE

The Defendant, Christopher David Higgins, by and through his counsel, Erin Cassinelli, states in support of his Motion to Modify Order Granting Temporary Release:

1. On August 16, 2022, the Court issued Orders authorizing Defendant's temporary release from custody on October 3, 2022 (today), for the purpose of attending his appointment at UAMS Interventional Radiology Clinic in Little Rock, Arkansas. *See* Case No. 4:19-cr-00219-3-BRW at Doc. # 129, Case No. 4:21-cr-00215-1-BRW at Doc. # 50.

2. UAMS staff have just contacted defense counsel's office and advised that Defendant's injection procedure is expected to last two more hours.

3. Defendant will not have enough time to return to custody in Phillips County by 7:00 pm, as previously ordered.

4. Defendant respectfully requests that the Court modify paragraph 4 of its prior orders to read as follows: "Defendant is to return to his current place of custody no later than 9:00 pm sharp on Monday, October 3, 2022."

5. AUSA Benecia Moore has advised counsel that she has no objection to this request.

WHEREFORE, the Defendant, Christopher Higgins, asks the Court to grant his motion, and for any other relief the Court finds appropriate.

1

Respectfully Submitted,

**Erin Cassinelli**
ABN 2005118
erin@lcarklaw.com
**LASSITER & CASSINELLI**
300 S. Spring St., Ste. 800
Little Rock, AR 72201
(501) 370-9300
**Attorney for Defendant**