**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

UNITED STATES OF AMERICA                                                                 PLAINTIFF

VS.          Case Nos. 4:19-cr-00219-3-BRW and 4:21-CR-00215-01-BRW

CHRISTOPHER DAVID HIGGINS                                                         DEFENDANT

**ORDER**

Defendant seeks temporary release from custody for the purpose of attending a medical appointment. (Case No. 4:19-cr-00219-3-BRW, Doc. No. 140; Case No. 4:21-cr-00215-1-BRW, Doc. No. 61.) Pursuant to 18 U.S.C. § 3142(i), I find the appointment qualifies as a compelling reason for temporary release. Accordingly, Defendant's Motion is GRANTED.

IT IS, THEREFORE, ORDERED that:

1. Defendant be temporarily released from custody on Thursday, December 15, 2022, no earlier than 8:00 a.m., for the sole purpose of attending a 11:00 a.m. appointment at the UAMS Outpatient Surgical Clinic in Little Rock, Arkansas.

2. Defendant's family is to provide Defendant with transportation to and from the appointment.

3. Defendant is to return to his current place of custody no later than 4:00 p.m. sharp on Thursday, December 15, 2022.

IT IS SO ORDERED this 12th day of December, 2022.

                                                      BILLY ROY WILSON
                                                     UNITED STATES DISTRICT JUDGE